# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CV11-00712 JAK (FMOx) |
| Title | Mihail Kantchev v. JPMorgan Chase Bank, et al. |
| Date | August 31, 2011 |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 30, 2011, defendant filed "Joint Notice of Settlement" [27]. The Court sets an Order to Show Cause re Dismissal for October 17, 2011 at 10:30 a.m. If the parties file a dismissal by October 13, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

Defendant's Motion for Summary Judgment, Final Pretrial Conference, and Court Trial are vacated.

**IT IS SO ORDERED.**

                                                                                                                                :

Initials of Preparer   ak