1   GEORGE G. WEICKHARDT (SBN 58586)
    CHRISTOPHER W. VINCENT (SBN 227021)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    201 Spear Street, Suite 1000
3   San Francisco, CA  94105-1667
    Telephone:   (415) 543-4800
4   Facsimile:   (415) 972-6301
    Email:        gweickhardt@rmkb.com
5                 cvincent@rmkb.com

6   Attorneys for Defendant
    CHASE BANK USA, N.A., erroneously sued
7   herein as JPMORGAN CHASE BANK

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  MIHAIL KANTCHEV,                    Case No.  CV 11-00712 JAK (FMOx)

12           Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                        JOINT DISMISSAL**
13  v.

14  JPMORGAN CHASE BANK, et al.,

15           Defendants.

16

17         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

18  parties' Joint Stipulation of Dismissal is GRANTED.

19         Plaintiff Mihail Kantchev's complaint against Chase Bank USA, N.A.,

20  erroneously sued herein as JPMorgan Chase Bank, is hereby dismissed with

21  prejudice.

22

23  Dated: _____, 2011

24

25  By: _____
        Hon. John A. Kronstadt
26      United States District Court Judge

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco