GEORGE G. WEICKHARDT (SBN 58586)
CHRISTOPHER W. VINCENT (SBN 227021)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
cvincent@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued
herein as JPMORGAN CHASE BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MIHAIL KANTCHEV, | Case No. CV 11-00712 JAK (FMOx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT DISMISSAL** |
| v. | |
| JPMORGAN CHASE BANK, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' Joint Stipulation of Dismissal is GRANTED.

Plaintiff Mihail Kantchev's complaint against Chase Bank USA, N.A., erroneously sued herein as JPMorgan Chase Bank, is hereby dismissed with prejudice.

Dated: _____, 2011

By: _____
Hon. John A. Kronstadt
United States District Court Judge